IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CHRISTOPHER JAMISON, )
)
Plaintiff, )
)
v. ) CV 323-041
)
JERMAINE WHITE, Warden; )
DONTAVIOUS TILLMAN, CERT Officer; )
ANNTOINETTE JOHNSON, Chief )
Counselor; VERONICA STEWART, Deputy )
Warden of Security; and SGT. BROWN, )
CERT Officer, )
)
Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this 14th day of August, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE